UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
June 15, 2017
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
) Case No. 2:17-mj-00103-EFB
    Plaintiff, )
v. )
) ORDER FOR RELEASE OF
GURPREET SINGH, ) PERSON IN CUSTODY
)
    Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release, GURPREET SINGH, Case No. 2:17-mj-00103-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   ___   Release on Personal Recognizance

   _X_   Bail Posted in the Sum of: $25,000.00.

          _X_   Co-signed Unsecured Appearance Bond

          ___   Secured Appearance Bond

          _X_   (Other) Conditions as stated on the record.

          ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 6/15/2017 at 3:07 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge